FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS      FEB 0 2 2022
BEAUMONT DIVISION

BY
DEPUTY_____

UNITED STATES OF AMERICA    §
                            §
v.                          §   NO. 1:22-CR 12
                            §   Judge: Heartfield
TODD ANTHONY MYERS          §
                            §

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(a)(6)
(providing a false statement to a Federal
Firearms Licensee)

On or about October 9, 2021, in the Eastern District of Texas the defendant, **Todd Anthony Myers**, in connection with the attempted acquisition of a firearm to wit: a long gun or rifle from M.M. an employee of L&M Store Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to M.M. an employee of L&M Store Inc., which statement was intended and likely to deceive  M.M. and L&M Store Inc., as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18; in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he had never been convicted in any court of a misdemeanor crime involving domestic violence when in fact defendant well-knew that he had been

convicted of a misdemeanor crime of domestic violence.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

_____
GRAND JURY FOREPERSON


BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
RACHEL L. GROVE
Assistant United States Attorney

2-2-22
_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA     §
§
§
§   NO. 1:22-CR 12
v.     §
§
TODD ANTHONY MYERS     §

## NOTICE OF PENALTY

### Count One

Violation:         18 U.S.C. § 922(a)(6)

Penalty:         Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00

**Notice of Penalty-Page 1**